UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:09-mj-102
v. )
)
TERRY HAYES )

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on March 16, 2009. Those present included:

(1) AUSA Steve Neff for the United States of America.
(2) The defendant, TERRY HAYES.
(3) Attorney Rita LaLumia for defendant.
(4) Deputy Clerk Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Neff moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession with the intent to distribute methamphetamine, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1)  The defendant be DETAINED without bail.

(2)  The defendant's next appearance shall be before U.S. Magistrate Judge Susan K. Lee at **2:00 p.m. on Monday, March 30, 2009.**

ENTER.

Dated:  March 16, 2009                    *s/William B. Mitchell Carter*
                                          UNITED STATES MAGISTRATE JUDGE